NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRANE SECURITY TECHNOLOGIES, INC., VISUAL PHYSICS, LLC,**
*Plaintiffs-Cross-Appellants*

**v.**

**ROLLING OPTICS AB,**
*Defendant-Appellant*

---

2018-2374, 2019-1040

---

Appeals from the United States District Court for the District of Massachusetts in No. 1:14-cv-12428-LTS, Judge Leo T. Sorokin.

---

## JUDGMENT

---

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for plaintiffs-cross-appellants. Also represented by VINITA FERRERA, JASON H. LISS, MICHAELA P. SEWALL.

ROBERT H. STIER, JR., Pierce Atwood LLP, Portland, ME, argued for defendant-appellant. Also represented by MARGARET MINISTER; CHRISTOPHER BAXTER, Portsmouth, NH.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>November 12, 2019</u>          <u>/s/ Peter R. Marksteiner</u>
Date                                     Peter R. Marksteiner
                                         Clerk of Court